Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE AUTOMATIC TYPEWRITER AND SERVICE COMPANY, Respondent, v. HOOVEN SERVICE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANTHONY J. ERNEST, Appellant, v. ANNETTE J. MONTGOMERY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of FREDERICK W. LINCOLN and Others, Respondents, for an Order Directing that the Arbitration Provided for in Certain Contracts Entered into between the Petitioners and NATHAN GARTEN, Appellant, Proceed, Pursuant to the Provisions Thereof and of the Arbitration Law.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of METER RENTING Co., INC., a Corporation, Appellant, for Voluntary Dissolution. JOSEPHINE S. GEDDES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN M. THOMPSON, Respondent, v. JOHN H. KRACKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BELNORD REALTY COMPANY, Respondent, v. LOIS C. LEVISON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BELNORD REALTY COMPANY, Respondent, v. LOIS C. LEVISON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM W. STAUB, Appellant, v. STAUFFER-QUEMAHONING COAL COMPANY and Others, Impleaded with YOUGH TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

COLOMBIAN COMMERCIAL CORPORATION OF CANADA, LTD., Respondent, v. EDUARDO DE J. SANCHEZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARY I. VELDHUISEN, Appellant, v. ALBERT VELDHUISEN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, for an order directing defendant to pay to the plaintiff during pendency of action twenty dollars per week for the maintenance and support of plaintiff and the child of the parties, and a counsel fee of

---

* See Consol. Laws, chap. 72; Laws of 1920, chap. 275. Amd. by Laws of 1921, chap. 14. — [REP.